# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Meryl Squires−Cannon

                              Plaintiff,

v.                                              Case No.: 1:15−cv−06876

                                                      Honorable Virginia M. Kendall

The Forest Preserve District of Cook County, Illinois, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 1, 2016:

      MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Motion to amend/correct [64] is stricken. Defendant's Motion to strike [68] is granted. Motion hearings set for 4/6/2016 are stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.