IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MERYL SQUIRES CANNON,<br>    Plaintiff,<br><br>v.<br><br>DENNIS WHITE, ERIC HILDEBRANDT,<br>PATRICK DWYER, CHRISTOPHER<br>CARMICHAEL, HOLLAND & KNIGHT, LLP,<br>THE FOREST PRESERVE DISTRICT OF<br>COOK COUNTY, ILLINOIS, OFFICER COOPER<br>and DOES Nos. 1-15,<br>    Defendants. | No. 15-cv-6876<br><br>Judge Kendall |

**NOTICE OF FILING**

To:     All attorneys of record

    PLEASE TAKE NOTICE that on April 27, 2016, we filed the attached Withdrawal of Contention, a copy of which is hereby served upon you.

    Respectfully submitted,
    MERYL SQUIRES-CANNON, Plaintiff,

    By:   /s/ Robert J. Slobig
           One of her attorneys

Robert J. Slobig (6183120)
Torshen, Slobig & Axel, Ltd.
33 North Dearborn Street, Suite 1710
Chicago, IL 60602
312-372-9282
rslobig@torshen.com

Certificate of Service

    I certify that on April 27, 2016 I caused the foregoing Notice of Filing and the Withdrawal of Contention to be served on all attorneys of record in this cause through the district court's electronic filing system.

    /s/ Robert J. Slobig

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MERYL SQUIRES CANNON,<br>　　Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | No. 15-cv-6876 |
| DENNIS WHITE, ERIC HILDEBRANDT,<br>PATRICK DWYER, CHRISTOPHER<br>CARMICHAEL, HOLLAND & KNIGHT, LLP,<br>THE FOREST PRESERVE DISTRICT OF<br>COOK COUNTY, ILLINOIS, OFFICER COOPER<br>and DOES Nos. 1-15,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Judge Kendall |

## WITHDRAWAL OF CONTENTION

Plaintiff Meryl Squires-Cannon respectfully withdraws from her Motion to Reconsider (docket no. 60, which is pending) and from her Amended Motion to Reconsider (docket no. 64, which the Court ordered stricken on April 1, 2016, *see* docket no. 70) the sentence on page 6 reading, "Meryl received no notice from the District that she was not allowed on Horizon Farms before her arrest."

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　MERYL SQUIRES-CANNON, Plaintiff,


　　　　　　　　　　　　　　　By: 　/s/ Robert J. Slobig

　　　　　　　　　　　　　　　　　　/s/ Maria E. Magginas
　　　　　　　　　　　　　　　　　　Her attorneys

Robert J. Slobig
Maria E. Magginas
Torshen, Slobig & Axel, Ltd.
33 North Dearborn Street, Suite 1710
Chicago, IL 60602
312-372-9282
rslobig@torshen.com