IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MERYL SQUIRES CANNON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 15 CV 6876 |
| | ) | The Honorable Virginia M. Kendall |
| **DENNIS WHITE**, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:    Robert Slobig                       Daniel M. Feeney
          Torshen, Slobig, Genden,      Miller Shakman & Beem LLP
          Dragutinovich & Axel, Ltd     180 North LaSalle Street
          105 West Adams                  Suite 3600
          Chicago, IL 60603               Chicago, IL 60601

**YOU ARE HEREBY NOTIFIED** that on May 18, 2016, I filed electronically via the CM/ECF system **OFFICER HILDEBRANDT'S REPLY TO PLAINTIFF'S RESPONSE TO HIS MOTION TO DISMISS**.

                                                    ANITA ALVAREZ
                                                    State's Attorney of Cook County
                                                    */s/ Jayman A. Avery III*
                                                        Jayman A. Avery III
                                                        Assistant State's Attorney
                                                        500 Richard J. Daley Center
                                                        Chicago, Illinois 60602
                                                        (312) 603-7780

## CERTIFICATE OF SERVICE

I, Jayman A. Avery III, Assistant State's Attorney, hereby certify that a copy of this notice and the document referenced herein, was filed electronically via the CM/ECF system and thereby served on the above-named persons on May 18, 2016.

                                                            */s/ Jayman A. Avery III*
                                                             Jayman A. Avery III