IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MERYL SQUIRES CANNON,<br>    Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS WHITE, ERIC HILDEBRNDT, | ) | No. 15 CV 6876 |
| PATRICK DWYER, CHRISTOPHER | ) | |
| CARMICHAEL, HOLLAND & KNIGHT, LLP, | ) | The Hon. Virginia M. Kendall |
| THE FOREST PRESERVE DISTRICT OF | ) | |
| COOK COUNTY, ILLINOIS, OFFICER COOPER | ) | Magistrate Judge Valdez |
| and DOES Nos. 1-15. | ) | |
|     Defendants. | ) | |

## NOTICE OF APPEAL

Plaintiff, Meryl Squires-Cannon, by her attorneys, Torshen, Slobig, and & Axel, Ltd.
hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment
of the United States District Court, Northern District of Illinois, Eastern Division, dated July 8,
2016 and entered on the docket that same day (Docket No. 86), denying Plaintiff's Motion to
Reconsider the District Court's Order entered on February 12, 2016 granting the motions to
dismiss of Defendants Holland & Knight, LLP and Christopher Carmichael and Defendants
Dennis White and the Forest Preserve District and granting Defendant Hildebrandt's motion to
dismiss all claims against him with prejudice, thus dismissing the action. Plaintiff also appeals
the District Court's order dated February 12, 2016 granting the motion of Defendants Holland &
Knight, LLP and Christopher Carmichael to dismiss all counts against them and the motion of
Defendants Dennis White and the Forest Preserve District to dismiss as to counts II, III, and IV.

By this appeal, Plaintiff-Appellant, Meryl Squires-Cannon, will ask the Court of Appeals
to reverse the judgment and order of the District Court, to reinstate the action with instructions,
and to grant such other relief as she may be entitled to on this appeal.

Date: August 5, 2016

Respectfully submitted,
MERYL SQUIRES-CANNON,
Plaintiff,

By: ___/s/ Robert J. Slobig_____
One of her attorneys

Robert J. Slobig (ARDC #6183120)
Torshen, Slobig, & Axel, Ltd.
33 North Dearborn Street, Suite 1710
Chicago, IL 60602
(312) 372-9282

2