# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 19, 2017

Before:    RICHARD A. POSNER, Circuit Judge
           FRANK H. EASTERBROOK, Circuit Judge
           DAVID F. HAMILTON, Circuit Judge

| No. 16-3118 | MERYL SQUIRES-CANNON, Plaintiff - Appellant<br><br>v.<br><br>DENNIS WHITE, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cv-06876<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit